IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THUY HANG THI HUYNH, Individually and as administrator of the Estate of TONY NGUYEN, <br><br>    Plaintiff, <br><br> v. <br><br> TRANSPORTATION INC. AGENT GROUP, INC., <br><br>    Defendants. | CIVIL ACTION FILE NO. <br><br> _____ |

## NOTICE OF REMOVAL

Defendant Transportation Inc., Agent Group, Inc., ("Transportation Inc.") pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal from the State Court of Fulton County, Georgia, showing the Court as follows:

1.   Plaintiff filed this action against Transportation Inc., in the State Court of Fulton County, Georgia on February 22, 2022, where it was assigned civil action number 22EV001148. A copy of all process, pleadings, and orders served upon Transportation Inc, is attached as Exhibit A.

2.   Transportation Inc., was served with the Complaint on March 8, 2022 through its registered agent. Plaintiff and Transportation Inc., filed a stipulation on April 13, 2022, extending the time for which Transportation Inc., to file its answer,

through and including April 22, 2022. This Notice of Removal is timely filed within the time allowed by that stipulation. *See* 28 U.S.C. § 1446(b)(1).

3. Plaintiff is an individual who is a resident of Georgia (Compl. ¶2). As such, Plaintiff is a citizen of Georgia for purposes of federal court jurisdiction.

4. Transportation Inc., is incorporated under the laws of Delaware with its principal place of business in Utah (Compl. ¶3). As such, Transportation, Inc., is not a citizen of Georgia, for purposes of diversity jurisdiction in federal court.

5. Complete diversity of citizenship exists between the parties.

6. The amount in controversy exceeds $75,000, exclusive of interests and costs. This cause of action arises out of a motor vehicle accident between the plaintiff and a non-party. Plaintiff alleges to have incurred damages in excess of $1,000,000 (Compl. ¶21). As a result of the foregoing, this Court has jurisdiction pursuant to 28 U.S.C. § 1332 upon removal pursuant to 28 U.S.C. §§ 1441 and 1446.

7. Transportation Inc., will file a Notice of Filing of this Notice of Removal with the Clerk of the State Court of Fulton County, Georgia, with service on Plaintiff's counsel, as shown as Exhibit B.

WHEREFORE, this Court now has jurisdiction over this action.

Respectfully submitted this 22nd day of April, 2022.

                                      **FREEMAN MATHIS & GARY, LLP**

                                      */s/ Wayne S. Melnick*
                                      Wayne S. Melnick
                                      Georgia Bar No. 501267
                                      wmelnick@fmglaw.com
                                      Aaron P. Miller
                                      Georgia Bar No. 898190
                                      amiller@fmglaw.com
                                      *Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **NOTICE OF REMOVAL** to the clerk of court using the CM/ECF system, which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants.  Counsel of record are:

Ben C. Brodhead
Ashley B. Fournet
Michael Arndt
Brodhead Law, LLC
3350 Riverwood Parkway, Suite 2230
Atlanta, Georgia 30339

This 22nd day of April, 2022.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wayne S. Melnick*
Wayne S. Melnick
Georgia Bar No. 501267
wmelnick@fmglaw.com
Aaron P. Miller
Georgia Bar No. 898190
amiller@fmglaw.com
*Attorneys for Defendant*

100 Galleria Parkway
Suite 1600
Atlanta, GA  30339-5948
(770) 818-0000 (telephone)
(770) 937-9960 (facsimile)